JAN-05-2007 FRI 11:20 AM U S PROBATION OFFICE        FAX NO. 3025736658        P. 06

07-02M-MF

**REDACTED**

PROB 12
(Rev. 10/97)

REC'D-PROB

2006 OCT 16 AM 9:11

USDC-PHILA

# United States District Court

FILED OCT 12 2006

for the

**Eastern District of Pennsylvania**

USDC-PHILA 2006 OCT 12 AM 7:37 REC'D-PROB

U.S.A. vs.   Bashir Abdur-Rahman,
             IBN: Dawson                      Case No. 2:99-CR103282

## VIOLATION OF SUPERVISED RELEASE

COMES NOW James D. Muth U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Bashir Abdur-Rahman, IBN Dawson who was placed on supervised release by the Honorable John R. Padova sitting in the Court at Philadelphia PA, on the 7th day of September, 2000 who fixed the period of supervision at eight years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:



FILED JAN 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FILED JAN 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10-12-06
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**ORIGINAL OFFENSE:** Conspiracy to distribute cocaine base (Count One); possession of cocaine base with the intent to distribute within 1,000 feet of a school (Count Three); aiding and abetting (Count Three).

**ORIGINAL SENTENCE:** 60 months' custody of the U.S. Bureau of Prisons, followed by eight years supervised release and a $200.00 special assessment.

**SPECIAL CONDITIONS:** 1) The defendant shall not illegally possess a controlled substance; 2) The defendant shall not possess a firearm or destructive device; and 3) The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.

**TRANSFER OF SUPERVISION:** On May 26, 2004, supervision was transferred to the District of Delaware, with jurisdiction remaining in the Eastern District of Pennsylvania.

**VIOLATION HEARING:** On May 9, 2005, the defendant was found in violation, the conditions of his supervised release were modified to include the following conditions: 1) That the defendant shall serve 50 hours of community service; 2) That the defendant shall undergo anger management treatment at the direction of his probation officer; and 3) That the defendant shall refrain from entering any bar or any other establishment that serves alcoholic beverages.

**DATE SUPERVISION COMMENCED:** November 17, 2003.

RE: Abdur-Rahman, IBN Dawson, Bashir
Case No. 2:99-Cr103-02

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. These conditions are:

A. **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

On August 30, 2006, U.S. Probation Officer Craig Carpenter visited the defendant's last known address of _____ New Castle, Delaware. Mr. Carpenter found an eviction notice on the door. Mr. Carpenter later spoke with the apartment manager who advised him that Mr. Dawson had moved from that location approximately two weeks earlier. At no time did the defendant notify Mr. Carpenter of a possible change in residence.

**GRADE OF VIOLATION** C

B. **Standard Condition #11:** The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

The defendant failed to report that he was arrested on July 1, 2006, by the New Castle County Police department for offensive touching. The charge was related to a domestic altercation the defendant had with his girlfriend, Tichara Gibbons. The charges were dismissed on August 8, 2006.

**GRADE OF VIOLATION** C

C. **Special Condition:** The defendant shall pay a $500.00 fine in monthly installments of no less than $25.00.

The defendant has failed to pay the fine as directed. The defendant last made a payment in October 2005. There remains a balance owed of $150.00.

**GRADE OF VIOLATION** C

D. **Standard Condition #2:** The defendant shall report to the probation officer as directed by the Court or the probation officer, and shall submit a truthful and complete written report within the first five days of each month.

The defendant provided false information on his July 2006, Monthly Supervision Report, when he indicated that he had no contact with law enforcement and had not been arrested.

**GRADE OF VIOLATION** C

RE: Abdur-Rahman, IBN Dawson, Bashir
Case No. 2:99-Cr103-02

PRAYING THAT THE COURT WILL ORDER... THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.

Respectfully,

Ronald DeCastro
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date September 26, 2006

JDM

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this 10 day of Oct, 2006 and ordered filed and made part of the records in the above case,

U. S. District Court Judge

ENTERED
OCT 12 2006
CLERK OF COURT

3