IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 2:99-CR-103-2 |
| BASHIR ABDUR-RAHMAN IBN DAWSON, | ) ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Bashir Abdur-Rahman Ibn Dawson, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: January 5, 2007



FILED

JAN 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE