OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

January 16, 2007

Clerk of Court

2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: USA v. Dawson — *File-USDC-Delaware*
Case Number: 07-02M (MPT)
Charging District Case Number: 99cr103-2 — *ED OF PA*

**Dear Clerk:**

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

*Evette Watson*

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above
referenced case on  1-18-07  .
                      (date)

*Dennis Taylor*
Signature

1-18-07
Title



FILED
JAN 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE